# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01248-BNB

PAUL HARLAND,

    Applicant,

v.

WARDEN, Ordway Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On June 19, 2014, Applicant filed a Motion to Amend Request Stay, ECF No. 14. Pursuant to the Court's June 19, 2014 Order, the Motion is denied as moot.

Dated:  June 20, 2014