**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01248-LTB

PAUL MICHAEL HARLAND,

      Plaintiff,

v.

TRAVIS TRANI,
WARDEN, Ordway Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff filed a Motion to Amend 2254 Due to Deficiencies as Ordered, ECF No. 20.  The Motion is denied as unresponsive and untimely.

Dated:  July 25, 2014